**DISMISS and Opinion Filed November 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00405-CV

**RODOLFO CHAPA, Appellant**

**V.**

**DALLAS INDEPENDENT SCHOOL DISTRICT SCHOOL DISTRICT BOARD OF TRUSTEES, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-04593-A**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Bridges

The clerk's record in this case is past due. By letter dated June 15, 2018, we directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We expressly cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, we have received no communication from appellant responsive to the June 15 correspondence, and we have not received the clerk's record.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180405F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RODOLFO CHAPA, Appellant

No. 05-18-00405-CV        V.

DALLAS INDEPENDENT SCHOOL
DISTRICT SCHOOL DISTRICT BOARD
OF TRUSTEES, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-16-04593-A.
Opinion delivered by Justice Bridges.
Justices Brown and Whitehill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS INDEPENDENT SCHOOL DISTRICT
SCHOOL DISTRICT BOARD OF TRUSTEES recover its costs of this appeal from appellant
RODOLFO CHAPA.


Judgment entered November 30, 2018.